JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER N. GOLDEN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security,<br><br>　　　　Defendant. | No. 2:23-cv-08550-RGK-MRW<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT ALEJANDRO MAYORKAS**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

　　　On August 28, 2024, defendant Alejandro Mayorkas, in his official capacity as Secretary of the Department of Homeland Security ("Defendant") moved for summary judgment on plaintiff Alexander Golden's ("Plaintiff") claims of violation of the Rehabilitation Act. Dkt. 60. Plaintiff opposed the motion on September 9, 2024, and Defendant replied on September 16, 2024. Dkt. 62, 68.

　　　Having considered the pleadings, and evidence presented, the Court grants judgment in favor of Defendant and against Plaintiff for the reasons stated in the Court's October 1, 2024, minute order. Dkt. 74. Namely, Plaintiff has failed to present a prima facie case of disability discrimination because he has not shown that he qualified for employment. *See id*. Plaintiff also cannot present a prima facie case of retaliation because he did not engage in any protected activity prior to his termination. *Id.*

　　　///

　　　///

　　　///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's motion for summary judgment is granted. Plaintiff's Complaint is hereby dismissed with prejudice, and judgment is hereby entered in favor of Defendant. Defendant shall recover his costs.

All pending dates are vacated.  The Clerk shall close this case.

Dated: 10/4/2024

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE