JS6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALEXANDER N. GOLDEN,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN,<br>Defendant. | No. 2:23-cv-08550-RGK-MRW<br><br>**JUDGMENT** |

In accordance with the Jury's Verdict dated July 16, 2026, it is hereby ordered, adjudged, and decreed that judgment in this matter is entered in favor of Markwayne Mullin, Secretary of the United States Department of Homeland Security, and against Plaintiff Alexander N. Golden. Plaintiff shall take nothing from his action against Defendant.

IT IS SO ORDERED.

Dated: July 29, 2026

Gary Klausner

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE